**BIRD BARRIER OF AMERICA, INC., Appellant,**

v.

**NIXALITE OF AMERICA INC., Appellee.**

No. 04–1524.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before MAYER, LOURIE, and RADER, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.